UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAY MAULDIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:18-cv-02858 WBS CKD<br><br><br>ORDER |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits under Title II of the Social Security Act ("Act").

On January 29, 2020, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections. The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. The court agrees with the magistrate judge's determination that the administrative law judge did not specifically "identify the testimony that was not credible, and specify what evidence undermines the claimant's complaints." See Treichler v. Comm'r of Soc. Sec., 775 F.3d 1090, 1102-03 (9th Cir. 2014). The court further agrees with the magistrate

1

judge's recommendation that the case be remanded for further proceedings because "the record as a whole creates serious doubt as to whether the claimant is, in fact, disabled within the meaning of the Social Security Act." See <u>Garrison v. Colvin</u>, 759 F.3d 995, 1020 (9th Cir. 2014).

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment (ECF No. 14) is granted;

2. The Commissioner's cross-motion for summary judgment (ECF No. 17) is denied; and

3. This matter is remanded for further proceedings consistent with these findings and recommendations.

Dated: March 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2/mauldin2858.jo_cjra